United States Magistrate Judge Karen L. Strombom

```
_____ FILED  _____ LODGED
              _____ RECEIVED

         JUL 12 2011

       CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                              DEPUTY
```

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| REYNALDO L. ISRAEL, DOC# 929553, | ) |
| Plaintiff, | ) CIVIL NO. C10-5507-RBL-KLS |
| vs. | ) ORDER FOR EXTENSION OF TIME TO |
| | ) FILE PLAINTIFF'S OBJECTIONS |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| Defendant. | ) |

Based on Plaintiff's Stipulation for Extension of Time and the agreement of the parties, it is now, hereby,

ORDERED that Plaintiff's Objections shall be filed on or before August 2, 2011; and Defendant's Response shall be filed on or before August 23, 2011. *The Report and Recommendation is re noted for August 26, 2011*

DATED this ___12___ day of ___July___, 2011.

_____
Magistrate Judge Karen L. Strombom

ORDER FOR EXTENSION OF TIME
TO FILE PLAINTIFF'S OBJECTIONS – [C10-5507-RBL-KLS] - 1

Elie Halpern & Associates, PLLC
1800 Cooper Pt. Road SW, Bldg. 19
Olympia, WA 98502
(360) 753-8055, Fax: (360) 753-8584
ehalpern@aol.com