UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

REYNALDO L. ISREAL, JR.,

                Plaintiff,

  v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

                Defendant.

Case No. 3:10-cv-05507-RBL-KLS

ORDER

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of Judge Karen L. Strombom, United States Magistrate Judge, objections to the report and recommendation [Dkt. #25], the Defendant's response thereto [Dkt. #26], and the remaining record, does hereby find and ORDER:

(1)    the Court adopts the Report and Recommendation;

(2)    the administrative decision is AFFIRMED;

(3)    the Clerk is directed to send copies of this Order to plaintiff's counsel, defendant's counsel and Magistrate Judge Karen L. Strombom.

DATED this 26th day of August, 2011.

/s/ Ronald B. Leighton
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER - 1