AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| REYNALDO L. ISREAL, JR., | JUDGMENT IN A CIVIL CASE |
| v. | |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security | CASE NUMBER: C10-5507RBL/KLS |

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

the court adopts the Report and Recommendation; and

the administrative decision is AFFIRMED.


| August 29, 2011 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |
| | |
| | *s/CM Gonzalez* |
| | Deputy Clerk |